# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF IOWA

RECEIVED JAN 25 2016

Jonathan Lee Riches,
Plaintiff

v.

Case No.

1:16-cv-19-LRR

Bitcoin;
Satoshi Nakamoto;
Martti Malmi;
Defendants

## Emergency Motion For Preliminary Injunction Temporary Restraining Order TRO

Comes Now, Jonathan Lee Riches, pro-se, Facing Imminent danger and Bodily harm From Bitcoin, I Seek a restraining order Against Bitcoin, and a Restraining order to stop Bitcoin from circulating as currency because it's going to crash soon and many Americans, worldwide citizens, And Residents of Iowa will lose their lifesavings. Bitcoin is going to destroy Humanity. Bitcoin is a complete scam, Another diversion smoke and mirrors set up as a Alternative to the Fiat money Fraud Federal reserve Bank corporation Run by evil Jewish Bankers as we know Federal reserve notes are backed by nothing of substance, so Bitcoin is another layer of the onion- where people Accept it as another currency- but Just like the Federal reserve - Bitcoin is a Furce - OUR Nation must go Back to the Gold standard. Satoshi Nakamoto & Martti Malmi were paid by the I

I observed Both dancing at Bohemian Grove. The sheeple are following the trends. New World order and Illuminati crooks have secretly paid Alternative Media Hosts and Mainstream conspiracy theorists like Alex Jones, Coast to Coast, Mark Dice to support Bitcoin to keep Americans minds Diverted off House Joint Resolution 192 HJR-192 June 5th, 1933 when the United States became a corporation and all U.S. citizens are now De facto Strawman using all CAPS in their Names (JONATHAN LEE RICHES) on Birth certificates, SSI cards, titles where we should Be flesh n Blood common law instead, and instead all title 18 of the U.S. criminal code is statute law putting us in a Contract - our money Now including Bitcoin is Backed by Nothing of substance and people are Flocking to Bitcoin - Not doing the research on it - And when Bitcoin crashes - the world will Be unsafe - complete Anarchy - I feel unsafe. I get Nightmares of Bitcoin - Bitcoin ain't even a coin - its paperless - so the Bitcoin concept is False Advertising. I seek a restraining order Against Bitcoin. I am a whistleblower. We must go back to gold. God Bless America

1/18/16

Respectfully [signature] ©

Jonathan Lee Riches ©
10 N. Independence Mall W
Philadelphia, PA 19106

Jonathan Lee Riches
10 Independence Mall W
Philadelphia, PA 19106

United States District Court
Northern District of Iowa
111 Seventh Ave SE
Cedar Rapids, Iowa 52401