IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| JONATHAN LEE RICHES, <br><br> Plaintiff, <br><br> vs. <br><br> BITCOIN, SATOSHI NAKAMOTO, MARTTI MALMI, <br><br> Defendants. | No. C16-0019-LRR <br><br> ORDER |

This matter is before the court on the submission of a complaint (docket no. 1). The clerk's office filed such complaint on January 28, 2016. The plaintiff submits neither the filing fee nor an application to proceed in forma pauperis. *See* 28 U.S.C. § 1914(a) (requiring $350.00 filing fee); 28 U.S.C. § 1915 (explaining proceedings in forma pauperis). In the event that the plaintiff had filed an application to proceed in forma pauperis, the court would have denied it because the plaintiff has abused the judicial process, *see, e.g.*, *Riches v. Gordon*, 2007 WL 2746881 (W.D. N.C. 2007), and venue in this district is not proper, *see* 28 U.S.C. § 1391(b). Accordingly, this action is dismissed without prejudice.

**IT IS SO ORDERED**

**DATED** this 3rd day of February, 2016.

LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA