IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| JONATHAN LEE RICHES, | |
| Plaintiff, | CASE NO. 16-CV-19-LRR |
| v. | JUDGMENT |
| BITCOIN, SATOSHI NAKAMOTO and MARTTI MALMI, | |
| Defendants. | |

**DECISION BY COURT:** This action came before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED pursuant to an Order entered 02/03/16:

Plaintiff take nothing and this action is dismissed.

Dated: 02/03/2016

ROBERT L. PHELPS
Clerk

s/ Karen S. Yorgensen
(By) Karen S. Yorgensen, Deputy Clerk